others. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs.

CHILD, Respondent, v. H. G. VOGEL CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1905.) Action by William C. W. Child against the H. G. Vogel Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

CHRISTIE v. MILLER et al. (Supreme Court, Appellate Division, First Department. October 13, 1905.) Action by David Christie against Henry F. Miller and another. No opinion. Motion denied, on payment of $10 costs, and, on payment of an additional $10, leave given to apply to the court below to open default.

CITY OF NEW YORK, Appellant, v. VANDEWATER, Respondent. (Supreme Court, Appellate Division, Second Department. November 17, 1905.) Action by the city of New York against William W. Vandewater. No opinion. Motion to dismiss appeal granted, with costs, unless the return is filed and the appeal perfected within 10 days. On compliance with these conditions the motion is denied, without costs.

In re CITY OF ROCHESTER. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) In the matter of the application of the city of Rochester to acquire lands for the construction and maintenance of an additional distributing reservoir in the town of Brighton. No opinion. Motion for leave to appeal to the Court of Appeals granted; the form of the order and questions to be certified to that court to be settled by and before Mr. Justice Nash on two days' notice.

In re CITY OF ROCHESTER. COBB, Appellant, v. CITY OF ROCHESTER, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 20, 1905.) In the matter of the application of the city of Rochester. Proceeding by Edna C. Cobb against the city of Rochester. No opinion. Order affirmed, with $10 costs and disbursements.

CLARE, Respondent, v. NEW YORK SAFETY RESERVE FUND LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 11, 1905.) Action by Mary Clare against the New York Safety Reserve Fund Life Insurance Company.

PER CURIAM. Judgment and order reversed and new trial ordered, with costs to the appellant to abide event, upon questions of law only; the facts having been examined and no error found therein. Held, that the answer of "No occasion" to the question in the application constituted a breach of warranty which bars a recovery.

WILLIAMS, J., dissents.

CLARK, Respondent, v. MANUFACTURERS' CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1905.) Action by Hobert F. Clark against the Manufacturers' Contracting Company. No opinion. Judgment and order unanimously affirmed, with costs.

CLARK, Respondent, v. NOYES et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 4, 1905.) Action by Margaret E. Clark against Fred W. Noyes and another. No opinion. Motion denied, without costs, with leave to renew.

CLARK, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 18, 1905.) Action by John F. Clark against Edward P. Smith and others.

PER CURIAM. Judgment modified, so as to award plaintiff nominal damages only, to wit, $5 and costs and disbursements down to and including the first trial, to be taxed, and, as so modified, the judgment is affirmed, without costs of this appeal to either party.

CLARK v. SMITH et al. (Supreme Court, Appellate Division, Fourth Department. October 18, 1905.) Action by John F. Clark against Edward P. Smith and others, impleaded with S. Mack Smith. No opinion. Order reversed, with $10 costs and disbursements, and motion denied.

CLARK, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 18, 1905.) Action by John F. Clark against Edward P. Smith and others.

PER CURIAM. Order reversed, with $10 costs and disbursements, and retaxation of costs ordered, in accordance with the decision in Clark v. Smith et al. (filed herewith) supra.

CLARK, Respondent, v. TROST et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 17, 1905.) Action by Edwin Clark, as administrator, etc., against Mathias Trost and John J. Clancy. No opinion. Interlocutory judgment affirmed, with costs.

CLARKE v. MERCANTILE TRUST CO. et al. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Appeal from Special Term, Westchester County. Action by James Clarke against the Mercantile Trust Company and others. From an interlocutory judgment overruling demurrers to the complaint, certain defendants appeal. Affirmed. William F. Goldbeck, for appellant Mercantile Trust Co. William J. Curtis (Royall Victor on the brief), for appellants Brooker and Wetmore. Frederic F. Frost (C. Walter Artz, on the brief), for respondent.

PER CURIAM. Interlocutory judgments affirmed, with costs.

HOOKER, J. (dissenting). We have to consider an appeal by the defendant the Mercantile Trust Company from an interlocutory judg-